# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LORI D. JONES,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV271 |
| | ) | |
| v. | ) | |
| | ) | |
| **WILLIS SHAW EXPRESS, BARRY HAWGOOD, EXXON MOBIL CORPORATION, TRAILMOBILE PARTS & SERVICE CORPORATION F/K/A TRAILMOBILE TRAILER CORPORATION F/K/A TRAILMOBILE, INC., and COMCAR INDUSTRIES, INC.,** | ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

The Clerk's Office has requested that Document Number 53 be stricken from the record for the following reason:

- No Notice of Electronic Filing was produced.

**IT IS ORDERED** that the Clerk's Office shall strike Document Number 53 from the record.

DATED this 26th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge