# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LORI D. JONES,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**WILLIS SHAW EXPRESS, INC., et al.,** )<br>)<br>Defendants. ) | 8:04CV271<br><br>ORDER |

Upon advice from Magistrate Judge Thomas D. Thalken that he has recused himself in this matter,

**IT IS ORDERED:**

This case is referred to Magistrate Judge F.A. Gossett, III, for judicial supervision and processing of all pretrial matters in accordance with the authorizing provision of 28 U.S.C. § 636 and NECivR 72.1.

DATED this 1st day of February, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge
United States District Court