# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LORI D. JONES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:04CV271** |
| vs. ) | |
| ) | **SCHEDULING ORDER** |
| **WILLIS SHAW EXPRESS, INC., an** ) | |
| **Arkansas Corporation, et al.,** ) | |
| ) | |
| **Defendant.** ) | |

Upon the reassignment of this case to the undersigned for pretrial supervision,

**IT IS ORDERED** that paragraph 7 of the Second Amended Final Progression Order [119] is amended as follows:

The final pretrial conference with the undersigned magistrate judge is set for **July 10, 2006 at 9:00 a.m.** in chambers, Room 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The final pretrial conference shall be attended by lead counsel for represented parties. Counsel shall complete prior to the pretrial conference all items as directed in NECivR 16.2.

All other progression order deadlines remain in effect.

**DATED February 1, 2006.**

                                            **BY THE COURT:**

                                            **s/ F.A. Gossett**
                                            **United States Magistrate Judge**