IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LORI D. JONES, an individual, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WILLIS SHAW EXPRESS, INC.; )<br>BARRY HAWGOOD; EXXON MOBIL )<br>CORPORATION; TRAILMOBILE )<br>PARTS & SERVICE CORPORATION )<br>f/k/a TRAILMOBILE TRAILER )<br>CORPORATION f/k/a )<br>TRAILMOBILE, INC.; and )<br>COMCAR INDUSTRIES, INC. )<br>)<br>Defendants. ) | Case No. 8:04CV271 |

**ORDER AMENDING SECOND AMENDED FINAL PROGRESSION ORDER**

THIS MATTER is before the Court on the agreed Motion (Filing No. 164) to amend the Second Amended Final Progression Order (Filing No. 119) with respect to the date for *Daubert* motions as set forth in paragraph 5.A. of the Second Amended Final Progression Order. Upon consideration, the Motion will be granted as set forth below.

IT IS ORDERED:

1. The deadline for filing *Daubert* motions pursuant to paragraph 5.A. of the Second Amended Final Progression Order (Filing No. 119) is hereby amended to require such motions to be filed on or before **April 21, 2006.**

2. All other deadlines as set forth by Orders of this Court shall remain in full force and effect.

DATED this 12th day of April, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge