IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORI D. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV271 |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIS SHAW EXPRESS, BARRY | ) | ORDER |
| HAWGOOD, EXXON MOBIL | ) | |
| CORPORATION, TRAILMOBILE | ) | |
| PARTS & SERVICE CORPORATION | ) | |
| F/K/A TRAILMOBILE TRAILER | ) | |
| CORPORATION F/K/A TRAILMOBILE, | ) | |
| INC., and COMCAR INDUSTRIES, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendants' motion to dismiss punitive damages in this case. Filing No. 145. The court has been informed by counsel that the parties have settled this issue and the motion to dismiss will be withdrawn. Therefore, the court will deny the motion as moot.

IT IS ORDERED that defendants' motion to dismiss, Filing No. 145, is denied as moot.

DATED this 15th day of May, 2006.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge