IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LORI D. JONES, an individual, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WILLIS SHAW EXPRESS, INC.; )<br>BARRY HAWGOOD; EXXON MOBIL )<br>CORPORATION; TRAILMOBILE )<br>PARTS & SERVICE CORPORATION )<br>f/k/a TRAILMOBILE TRAILER )<br>CORPORATION f/k/a )<br>TRAILMOBILE, INC.; and )<br>COMCAR INDUSTRIES, INC. )<br>)<br>Defendants. ) | Case No. 8:04CV271 |

**ORDER EXTENDING DEADLINE FOR
DEPOSITION TESTIMONY AND DISCOVERY RESPONSE DESIGNATIONS**

THIS MATTER is before the Court on the AGREED MOTION TO EXTEND DEADLINE FOR DEPOSITION TESTIMONY AND DISCOVERY RESPONSE DESIGNATIONS (Filing No. 207) requesting an extension of the deadline for Plaintiff Lori D. Jones and Defendant Exxon Mobil Corporation (together "*Remaining Parties*") to serve their designations of deposition testimony and discovery responses for use at trial from June 10, 2006 to June 23, 2006.  Upon consideration, the Motion will be granted as set forth below.

IT IS ORDERED:

1. The deadline for all Remaining Parties to serve their designations of deposition testimony and discovery responses for use at trial shall be extended from June 10, 2006 to **June 23, 2006**.

2. All other deadlines as set forth by Orders of this Court shall remain in full force and effect.

DATED June 7, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge