# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LORI D. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 8:04CV271 |
| ) | |
| WILLIS SHAW EXPRESS, INC.; BARRY HAWGOOD; ) | ORDER |
| EXXON MOBIL CORPORATION; TRAILMOBILE ) | |
| PARTS & SERVICE CORPORATION; and COMCAR ) | |
| INDUSTRIES, INC., ) | |
| ) | |
| Defendants, ) | |

The parties jointly request that the current deadlines to file motions in limine and to serve deposition testimony and discovery response designations be extended to June 30, 2006.

**IT IS ORDERED** that the motions (Filings 212 & 213) are granted. The parties are given until and including June 30, 2006 to file motions in limine and to serve deposition testimony and discovery response designations.

**DATED June 26, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**