# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORI D. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 8:04CV271 |
| | ) | |
| WILLIS SHAW EXPRESS, INC.; BARRY HAWGOOD; | ) | ORDER |
| EXXON MOBIL CORPORATION; TRAILMOBILE | ) | |
| PARTS & SERVICE CORPORATION; and COMCAR | ) | |
| INDUSTRIES, INC., | ) | |
| | ) | |
| Defendants, | ) | |

The parties jointly request that the current deadlines to file motions in limine and to serve deposition testimony and discovery response designations be extended to July 7, 2006.

**IT IS ORDERED** that the motion (Filing 216) is granted. The parties are given until and including July 7, 2006 to file motions in limine and to serve deposition testimony and discovery response designations.

**DATED July 5, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**