IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORI D. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV271 |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIS SHAW EXPRESS, BARRY HAWGOOD, EXXON MOBIL CORPORATION, TRAILMOBILE PARTS & SERVICE CORPORATION F/K/A TRAILMOBILE TRAILER CORPORATION F/K/A TRAILMOBILE, INC., and COMCAR INDUSTRIES, INC., | ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendant Exxon Mobil Corporation's ("ExxonMobil's") motion for summary judgment, Filing No. 153. The court has read and considered ExxonMobil's motion for summary judgment, plaintiff Lori D. Jones's response thereto, ExxonMobil's reply, and the evidence. The court finds that ExxonMobil's motion for summary judgment should be granted with respect to plaintiff's claims against ExxonMobil in connection with the accident at issue in this litigation.

IT IS THEREFORE ORDERED:

1. ExxonMobil's motion for summary judgment is granted with respect to all of plaintiff's claims against ExxonMobil.
2. Plaintiff's claims against ExxonMobil are dismissed with prejudice.

DATED this 7th day of July, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge