IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LORI D. JONES, an individual, ) | |
| ) | Case No. 8:04CV271 |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| WILLIS SHAW EXPRESS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

THIS MATTER comes before the Court on the parties' motions and stipulations for dismissal (filing no. 215 and no. 219). The Court being duly advised in the premises, finds that the motions and stipulations should be granted.

IT IS THEREFORE ORDERED:

1. Plaintiff Lori D. Jones' claims against Defendant Trailmobile Parts & Service Corporation are dismissed with prejudice;

2. All claims, cross claims and counterclaims filed by Defendants Willis Shaw Express, Inc., Comcar Industries, Inc. and Barry Hawgood in the above captioned case are dismissed without prejudice; and

3. All claims, cross claims and counterclaims filed by Defendant Trailmobile Parts & Service Corporation in the above captioned case are dismissed without prejudice.

This Order does not dismiss Plaintiff's claims against Defendants Willis Shaw Express, Inc., Comcar Industries, Inc. and Barry Hawgood. Those claims are stayed until January 31, 2007, at which time the plaintiff shall file appropriate dismissal papers with the court.

DATED: July 28, 2006

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge