IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LORI D. JONES, an individual, ) | |
| ) | |
| Plaintiff, ) | 8:04CV271 |
| ) | |
| v. ) | |
| ) | |
| WILLIS SHAW EXPRESS, Inc., an ) | ORDER OF DISMISSAL |
| Arkansas Corporation, BARRY ) | |
| HAWGOOD, an individual, and ) | |
| COMCAR INDUSTRIES, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

   The matter before the court is the plaintiff's Dismissal with Prejudice. Filing No. 221. The court finds that this matter should be dismissed with prejudice.

   IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that, pursuant to FED. R. CIV. P. 41(a), the plaintiff's cause of action against the defendants is hereby dismissed in its entirety, with prejudice, and with the parties to be responsible for their own costs and attorney fees.

   DATED this 13th day of April, 2007.

                                          BY THE COURT:


                                          s/ Joseph F. Bataillon
                                          Chief United States District Judge